David M. Rose
Minnick-Hayner
P.O. Box 1757
Walla Walla, WA 99362

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NELSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JENNIFER MCFALL and EARL MCFALL,<br><br>　　　　Defendants. | NO.<br><br>COMPLAINT FOR BREACH OF PROMISSORY NOTE |

Plaintiff SANDRA NELSON ("NELSON") brings this complaint against defendants JENNIFER MCFALL and EARL MCFALL ("MCFALL"), as follows:

**PARTIES**

1.　Plaintiff NELSON is a resident of the state of Washington, residing in Walla Walla County, Washington.

2.　Defendants MCFALL reside in Wilton, California and own and operate an equestrian business known as Dragon Fire Farm at 13247 Orange Road, Wilton, California 95693.

Complaint for Breach of Promissory Note – Page 1

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

## JURISDICTION AND VENUE

3.     This court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that this is an action between a citizen of one state, Washington (NELSON), and citizens of another state, California (MCFALL), and where the matter in controversy exceeds the amount of $75,000.00, exclusive of interest and costs.

4.     Venue is this action is proper in this district pursuant to 28 U.S.C. § 1391, in that the defendants reside in this district.  The Promissory Note was negotiated and entered into in California.

## NATURE OF THE ACTION

5.     This complaint arises out of MCFALL'S failure to pay amounts due to NELSON under the Promissory Note.

## COUNT ONE – BREACH UNDER THE PROMISSORY NOTE

6.     NELSON repeats and realleges each of the allegations above identified as paragraphs 1 through 5 of this Complaint as though fully set forth herein.

7.     On or about May 1, 2005, NELSON and MCFALL entered into an agreement through which NELSON would lend MCFALL $150,000.  Subsequent to the Agreement, MCFALL had a Promissory Note prepared and the parties signed the Promissory Note.  The terms of the Promissory Note were as follows:

> For value received, Earl and Jennifer McFall promise to pay Sandra Nelson or order at 242 Nevada Street, Nevada City, California 95959 the lump sum principal of One Hundred and Fifty Thousand Dollars ($150,000) on May 1, 2010.  Upon maturity of this Note, Sandra Nelson agrees that Earl and Jennifer McFall have the option to extend the maturity for up to five (5) more years to

May 1, 2015. Sandra Nelson further agrees that the repayment of this Note will not be accelerated before maturity even if this Note is extended to May 1, 2015. In lieu of simple interest payment of four percent (4%) per year fixed for the life of the loan and payable monthly ($500 per month) on the first day of the month, Earl and Jennifer McFall have the option to waive the monthly training fees for two (2) of Sandra Nelson's horses. Earl and Jennifer McFall have the option to prepay this loan at any time without penalty.

8. The Promissory Note was extended by the parties to May 1, 2015. NELSON performed all of her obligations under the Note.

9. MCFALL has defaulted on the terms of the Note by failing and refusing to remit the full payment of $150,000.00 due under the Note on May 1, 2015.

10. Due to the default of MCFALL, NELSON is entitled to judgment against MCFALL for the entire amount due and owing under the Note.

11. As of the date of this Complaint, the principal amount due and owing to NELSON is $150,000.00, plus all applicable interest and costs.

**PRAYER FOR RELIEF**

WHEREFORE, NELSON respectfully requests that this court award NELSON the following relief:

1. Enter judgment in favor of NELSON, against defendants MCFALL, for all amounts due under the Note, including $150,000.00 principal, plus all interest accruing through and up to the date this Complaint was filed, plus applicable costs and attorney's fees ("Judgment"); and

2. Such other and further relief, at law or in equity, which this court deems reasonable and just and to which NELSON may be entitled.

Complaint for Breach of Promissory Note – Page 3

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

DATED this 22nd day of September, 2015.

                      MINNICK HAYNER

                      By:/s/ David M. Rose
                         David M. Rose, CSB #129723
                         Of Attorneys for Plaintiff