1  DAVID M. ROSE, CA Bar No. 129723
2  Minnick-Hayner
   P.O. Box 1757
3  Walla Walla, WA 99362
   Telephone:  (509) 527-3500
4  Facsimile:  (509) 527-3506

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NELSON,<br><br>             Plaintiff,<br><br>vs.<br><br>JENNIFER MCFALL and EARL MCFALL,<br><br>             Defendants. | NO.  2:15-CV-02006-MCE-CKD<br><br>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON PROMMISORY NOTE<br><br>(FRCP 56 and L.R. 260]<br><br>Date:  July 20, 2016<br>Time:  10:00 a.m.<br>Location:  Courtroom 24<br><br>***Hearing Requested*** |

   Plaintiff SANDRA NELSON brings this Motion for Summary Judgment pursuant to FRCP 56 and L.R. 260 based on the fact that there is no genuine issue of material fact and the moving party is entitled to judgment as a matter of law.  Defendants JENNIFER and EARL MCFALL breached the terms of the promissory note when on its maturity due date on May 1, 2015, defendants did not make the required lump sum payment in accordance with the express

Motion for Summary Judgment – Page 1

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

terms of the promissory note. The reasonable interpretation of the promissory note under California law mandates the conclusion that the defendants were to make interest payments during the period of the promissory note and make a lump sum payment of the principal amount at the end of the term of the promissory note. This interpretation is supported by the words used in the promissory note, the circumstances surrounding the execution of the promissory note and the subsequent conduct of the parties.

The promissory note provided McFall the option of waiving the training fees for two of Nelson's horses "in lieu of simple interest payment" of 4% monthly. McFall exercised this option and documented this election in every subsequent invoice delivered to Nelson.

The interpretation of the promissory note is a question of law for the court as there are no genuine issues of material fact.

Dated this 22nd day of June, 2016.

          MINNICK-HAYNER, P.S.


          By:*/d/ David M. Rose*
             DAVID M. ROSE, CA Bar No. 129723
             Of Attorneys for Plaintiff