DAVID M. ROSE, CA Bar No. 129723
Minnick-Hayner
P.O. Box 1757
Walla Walla, WA 99362
Telephone: (509) 527-3500
Facsimile: (509) 527-3506

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NELSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JENNIFER MCFALL and EARL MCFALL,<br><br>　　　　　Defendants. | NO. 2:15-CV-02006-MCE-CKD<br><br>PLAINTIFF SANDRA NELSON'S SUBMISSION OF PERTINENT PORTIONS OF DEPOSITION TRANSCRIPT OF JENNIFER MCFALL TAKEN ON JANUARY 8, 2016 IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (PURSUANT TO LOCAL RULES 260, 250.1(a), 133(j))<br><br>Date:  July 20, 2016<br>Time:  1:00 p.m.<br>Location: Courtroom 24<br><br>**Hearing Requested** |

**To the Court, all Parties and Attorneys of Record:**   Attached as Exhibit A are true and correct copies of pertinent portions of the Deposition of Jennifer McFall taken on January 8, 2016 and referenced in plaintiff Sandra Nelson's Reply to Opposition of Plaintiff's Motion for

Plaintiff's Submission of Pertinent Portions of
Deposition of Jennifer McFall – Page 1

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

Summary Judgment.

Dated this 13th day of July, 2016.

                                    MINNICK-HAYNER, P.S.

                              By:/s/ David M. Rose
                                 DAVID M. ROSE, CA Bar No. 129723
                                 Of Attorneys for Plaintiff

Plaintiff's Submission of Pertinent Portions of
Deposition of Jennifer McFall – Page 2

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

## CERTIFICATE OF SERVICE

JUDY LIMBURG declares under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. That I am a citizen of the United States, over the age of 18 years, and not a party to this action;

2. That on July 13, 2016, a true a correct copy of the foregoing PLAINTIFF SANDRA NELSON'S SUBMISSION OF PERTINENT PORTIONS OF DEPOSITOIN TRANSCRIPT OF JENNIFER MCFALL TAKEN ON JANUARY 8, 2016 IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (PURSUANT TO LOCAL RULES 260, 250.1(a), 133(j)) was served on:

Armando S. Mendez
1231 8th St., Suite 600
Modesto, CA 95354

☑   First Class Mail - by depositing such copy in the United States mail in the post office at Walla Walla, Washington on said date, with the postage thereon prepaid.

/s/ Judy Limburg
JUDY LIMBURG
Signed this 13th day of July 2016
at Walla Walla, Walla Walla County, Washington

Plaintiff's Submission of Pertinent Portions of
Deposition of Jennifer McFall – Page 3

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

```
                  UNITED STATES DISTRICT COURT

                 EASTERN DISTRICT OF CALIFORNIA


                                         CERTIFIED COPY
SANDRA NELSON,                )
                              )
              Plaintiff,      )
                              )   No. 2:15-CV-02006-
      vs.                     )        MCE-CKD
                              )
JENNIFER MCFALL and           )
EARL MCFALL,                  )
                              )
              Defendants.     )
_____)




                         DEPOSITION OF

                       JENNIFER MCFALL

                    SACRAMENTO, CALIFORNIA

                       JANUARY 8, 2016



ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com
REPORTED BY:  DIANA G. RINCON, CSR 9417

FILE NO.:  A90DE8F
```

1

EXHIBIT A

```
 1        A     Correct.
 2        Q     Okay.  Now, is that your signature on the
 3   Promissory Note?
 4        A     Yes.
 5        Q     And if I read it correctly, it looks --
 6   it's just Jennifer McFall; right?
 7        A     Yes.
 8        Q     Do you know who prepared the
 9   Promissory Note?
10        A     Yes.
11        Q     Who prepared it?
12        A     David.
13        Q     Okay.  So David Chang prepared the
14   Promissory Note; correct?
15        A     Correct.
16        Q     Okay.  And Mr. Chang prepared the
17   Promissory Note acting in his capacity as accounting
18   manager for Dragonfire?
19        A     What do you mean?
20        Q     Okay.  Let me ask it a different way.
21              Who asked Mr. Chang to prepare the
22   Promissory Note?
23        A     Both parties.
24        Q     Okay.  And so both parties, you are
25   referring to Mr. McFall and you and Sandra Nelson?
```

20

```
 1        A     I don't.
 2        Q     You don't recall any of those discussions
 3   or E-mails?
 4        A     No.
 5              MR. ROSE:  Okay.  Let's see.  Let's mark
 6   this as Exhibit 12.
 7                        (Plaintiff's Exhibit 12
                           was marked for
 8                         identification.)
 9        Q     BY MR. ROSE:  Exhibit 12 is a letter to
10   Sandra Nelson from Jennifer McFall and Earl McFall.
11              Do you see that?
12        A     I do.
13        Q     Who prepared this letter?
14        A     My dad.
15        Q     Okay.  And why was this letter prepared
16   containing the date of August 5, 2014?
17        A     It is a letter asking to continue
18   payments on the Note.
19        Q     So what was your intent or purpose in
20   preparing this letter?
21        A     I believe it's to ask to extend payments
22   on the Note.
23        Q     In other words, to continue the $500 per
24   month into the future?
25        A     I believe so.
```

75