DAVID M. ROSE, CA Bar No. 129723
Minnick-Hayner
P.O. Box 1757
Walla Walla, WA 99362
Telephone: (509) 527-3500
Facsimile: (509) 527-3506

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NELSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JENNIFER MCFALL and EARL MCFALL,<br><br>　　　　　Defendants. | NO. 2:15-CV-02006-MCE-CKD<br><br>NOTICE OF MOTION<br><br>[L.R. 230]<br><br>Date:　June 7, 2017<br>Time:　10:00 a.m.<br>Location:　Courtroom 24<br><br>***Hearing Requested*** |

TO:　　　　JENNIFER MCFALL and EARL MCFALL, Defendants

AND TO:　　ARMANDO MENDEZ, their attorney

　　　　PLEASE TAKE NOTICE that plaintiff SANDRA NELSON will bring a motion for an evidentiary hearing regarding the execution of the judgment obtained in this Court on July 25, 2016. An evidentiary hearing is necessary to determine the priority of debt concerning the

real property owned by judgment debtors and defendants Jennifer and Earl McFall. The hearing on the motion is to be June 7, 2017 at 10:00 a.m. in Courtroom 24.

Dated this 8th day of May 2017.

                                    MINNICK-HAYNER, P.S.

                                    By:   /s/ David M. Rose
                                          DAVID M. ROSE, CA Bar No. 129723
                                          Of Attorneys for Plaintiff