DAVID M. ROSE, CA Bar No. 129723
Minnick-Hayner
P.O. Box 1757
Walla Walla, WA 99362
Telephone: (509) 527-3500
Facsimile: (509) 527-3506

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NELSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JENNIFER MCFALL and EARL MCFALL,<br><br>　　　　　Defendants. | NO.  2:15-CV-02006-MCE-CKD<br><br>PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING RE: EXECUTION OF JUDGMENT<br>(L.R. 230]<br><br>Date:　June 7, 2017<br>Time:　10:00 a.m.<br>Location:　Courtroom 24<br><br>***Hearing Requested*** |

　　　　Plaintiff SANDRA NELSON brings this Motion for Evidentiary Hearing Re: Execution of Judgment.  Plaintiff Nelson obtained a Judgment in this Court on July 25, 2016 in the total amount of $150,000 plus interest and attorney's fees.  Plaintiff won judgment based upon defendants Jennifer McFall and Earl McFall default on a promissory note dated May 1, 2005.  Defendants used the proceeds from the promissory note to purchase real

Motion for Evidentiary hearing Re:
Execution of Judgment [L.R. 230] – Page 1

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

property in Sacramento County, Wilton, California for use for their horse business known as Dragon Fire Farms. The Dragon Fire Farms ranch is located at 13247 Orange Road, Wilton, California 95693.

After the Judgment was entered in this Court, the defendants caused a suspicious and fraudulent "deed of trust" to be recorded in Sacramento County on August 2, 2016. This recording occurred one week after the defendants suffered the Judgment in this case. The deed of trust was prepared by defendant Jennifer McFall's father, David Chang, and the deed of trust purports to represent a debt to David Chang's long-time companion and friend Antonia Radillo Casados. Plaintiff believes that this debt was memorialized for purposes of obstructing the enforcement of Sandra Nelson's Judgment and preventing her from foreclosing on the real property to satisfy her Judgment. Plaintiff believes that the deed of trust is fraudulent and invalid and should be stricken from the County Recorder's office and/or placed below the Judgment of Sandra Nelson in the priority of debt concerning the real property in Wilton, California.

Plaintiff requests an evidentiary hearing to determine the validity of the deed of trust recorded after the Judgment in this case and the priority of debt affecting the real property in Wilton, California owned by defendants Jennifer McFall and Earl McFall.

Plaintiff Sandra Nelson requests that this Motion for an evidentiary hearing be granted and that a hearing be set to determine the validity of the defendants' deed of trust recorded August 2, 2016 and the priority of debt concerning the subject property.

Motion for Evidentiary hearing Re:
Execution of Judgment [L.R. 230] – Page 2

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

Dated this 8th day of May, 2017.

                MINNICK-HAYNER, P.S.


By:   /s/ David M. Rose
      DAVID M. ROSE, CA Bar No. 129723
      Of Attorneys for Plaintiff

Motion for Evidentiary hearing Re:
Execution of Judgment [L.R. 230] – Page 3

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500