UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NELSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JENNIFER MCFALL, et al.,<br><br>        Defendants. | No. 2:15-cv-2006 CKD<br><br><br>ORDER |

On June 7, 2017, the court held a hearing on plaintiff's motion for evidentiary hearing regarding the execution of judgment in this matter. (ECF No. 53.) Plaintiff was represented by David Rose and defendants by Len Reid Reynoso. Defendants do not oppose the motion. Good cause appearing, the court will grant plaintiff's motion and set a hearing date.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for evidentiary hearing (ECF No. 53) is granted; and

2. An evidentiary hearing is set for June 21, 2017 at 10:00 a.m. in Courtroom No. 24 before the Honorable Carolyn K. Delaney.

Dated: June 8, 2017

                                                          CAROLYN K. DELANEY<br>                                                          UNITED STATES MAGISTRATE JUDGE

2 mcfall2006.evid

1