Armando S. Mendez
State Bar No. 203909
1231 8th Street, Suite 600
Modesto, CA 95354
Tel: 209-622-0600
Fax: 916-405-3554

Attorney for Defendants Jennifer McFall and Earl McFall

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA NELSON<br><br>           Plaintiff,<br>     vs.<br><br>JENNIFER MCFALL AND EARL MCFALL<br><br>           Defendants | Case No: 2:15-CV-02006-MCE-CKD<br><br>**JOINT STATUS REPORT**<br><br>**Hearing Date: August 23, 2017**<br>**Hearing Time: 11:00 a.m.**<br>**Courtroom 24** |

On or about August 16, 2017 the parties reached a tentative global settlement of the above matter and pending appeal.  The parties' agreement needs to be put in writing and then circulated for signatures.  On August 21, 2017 counsel for Plaintiff Sandra Nelson informed counsel for Defendant Jennifer McFall and Earl McFall that his client was recently hospitalized and is currently incapable of reviewing and signing a settlement agreement.  More time is needed to determine the status of Plaintiff's state of health.  The parties jointly suggest that the evidentiary hearing be continued without prejudice to allow sufficient time to determine Plaintiff's health and for the settlement to move forward, in the alternative that the hearing be dropped without prejudice to refiling by Plaintiff.

/ / / /

/ / / /

STATUS REPORT - 1

Dated: August 22, 2017                              Signed:/S/ Armando S. Mendez, Esq.

                                                    Armando S. Mendez
                                                    Attorney for: Jennifer Mcfall
                                                    and Earl Mcfall


Dated: August 22, 2017                              Signed:/S/ David Rose, Esq.
                                                    David Rose
                                                    Attorney for: Sandra Nelson