Sandra Nelson
536 Craig Street
Walla Walla, WA 99362

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Nelson <br><br> PLAINTIFF(S) <br> v. <br><br> Jennifer McFall and Earl McFall <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:15-CV-02006-MCE-CKD <br><br><br> **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of Sacramento

☐ State of n/a , County of n/a

I, David M. Rose                                                      hereby state under penalty of perjury that,

1. Judgment for $ 150,000.00 was entered on July 25, 2016 on the docket of the above-entitled action in the U. S. District Court, Eastern District of California in favor of Sandra Nelson as Judgment Creditor, and against Jennifer McFall and Earl McFall as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number n/a in the United States District Court for the n/a District of n/a and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Eastern District of California are the following sums:
   $ 35,945.00 accrued interest, computed at 10 % *(See note.)*
   $ 7,928.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Walla Walla, State of Washington, this ____ date of November, 2018.

David M. Rose
Signature

***Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

CV-24 (06/01)           AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION