Ashby Law PLLC
216 S. Palouse Street
Walla Walla, WA 99362

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NELSON, <br><br> PLAINTIFF(S) <br> v. <br><br> JENNIFER McFALL and EARL McFALL, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:15-CV-02006-CKD <br><br><br> AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

☒ State of California, County of Sacramento

☐ State of _____, County of _____

I, David M. Rose, _____ hereby state under penalty of perjury that,

1. Judgment for $ 150,000.00 was entered on July 25, 2016 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Sandra Nelson as Judgment Creditor, and against Jeniffer McFall and Earl McFall as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number n/a in the United States District Court for the n/a District of n/a and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Eastern District of California are the following sums:
   $ 47,013.00 accrued interest, computed at 10 % (See note.)
   $ _____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Walla Walla, State of Washington, this 12th date of September, 2019.

*[Signature: David M. Rose]*
Signature

*****Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)        AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

Ashby Law PLLC
216 S. Palouse Street
Walla Walla, WA 99362

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| SANDRA NELSON, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:15-CV-02006-CKD |
| v. | |
| JENNIFER McFALL and EARL McFALL, | WRIT OF EXECUTION |
| Defendant(s) | |

TO: THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On  July 25, 2016  a judgment was entered in the above-entitled action in favor of:

as Judgment Creditor and against:

Jennifer McFall and Earl McFall

as Judgment Debtor, for:

$ ___150,000.00___ Principal,
$ _____0.00_____ Attorney Fees,
$ _____0.00_____ Interest **, and
$ _____0.00_____ Costs, making a total amount of
$ ___150,000.00___ JUDGMENT AS ENTERED

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment in the __Eastern__ District of __California__, to wit:

$ __47,013.00__ accrued interest, and
$ _____ accrued costs, making a total of
$ __47,013.00__ ACCRUED COSTS AND ACCRUED INTEREST

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __197,013.00__ ACTUALLY DUE on the date of the issuance of this writ of which
$ __150,000.00__ Is due on the judgment as entered and bears interest at __10%__ percent per annum, in the amount of $ __41.09__ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: __9/17/19__         By: __Anthony Gell__
                                          Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Jennifer McFall
13247 Orange Road
Wilton, CA 95693

Earl McFall
13247 Orange Road
Wilton, CA 95693

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                      PAGE 3 OF 3